EXHIBIT FP1 TO EXHIBIT H

⑩ Europäisches Patentamt

⑲ European Patent Office

Office européen des brevets

⑪ Publication number:  **0 154 051**
**A1**

## ⑫ EUROPEAN PATENT APPLICATION

㉑ Application number: **84201831.9**

㉒ Date of filing: **11.12.84**

�51 Int. Cl.⁴: **G 06 F 9/38**
**G 06 F 7/48**

㉚ Priority: **27.12.83 NL 8304442**

㊸ Date of publication of application:
**11.09.85 Bulletin 85/37**

㉜ Designated Contracting States:
**DE FR GB IT**

㉛ Applicant: **N.V. Philips' Gloeilampenfabrieken**
**Groenewoudseweg 1**
**NL-5621 BA Eindhoven(NL)**

㉒ Inventor: **Van Wijk, Franciscus Johannus Antonius**
**c/o INT. OCTROOIBUREAU B.V. Prof. Holstlaan 6**
**NL-5656 AA Eindhoven(NL)**

㉒ Inventor: **Van Meerbergen, Jozef Louis**
**c/o INT. OCTROOIBUREAU B.V. Prof. Holstlaan 6**
**NL-5656 AA Eindhoven(NL)**

㉒ Inventor: **Welten, Fransiscus Peter Johannes Mathijs**
**c/o INT. OCTROOIBUREAU B.V. Prof. Holstlaan 6**
**NL-5656 AA Eindhoven(NL)**

㉒ Inventor: **Sluijter, Robert Johannes**
**c/o INT. OCTROOIBUREAU B.V. Prof. Holstlaan 6**
**NL-5656 AA Eindhoven(NL)**

㉔ Representative: **Strijland, Wilfred  et al,**
**INTERNATIONAAL OCTROOIBUREAU B.V. Prof.**
**Holstlaan 6**
**NL-5656 AA Eindhoven(NL)**

�554 **Integrated and programmable processor for word-wise digital signal processing.**

�557 A description is given of an integrated and programmable processor for word-wise digital signal processing. The processor comprises a multiplier element, an arithmetic and a logic unit (122), a data memory and a connection for a control memory which may be integrated on-chip. The elements are interconnected by means of a double bus (20, 22) on which addresses as well as data may be transported by means of suitable selectors. Consequently, a pipeline operation can also take place within one instruction cycle.

EP 0 154 051 A1

./...



FIG.1

PHN 10 886                    1                    0154051

"Integrated and programmable processor for word-wise digital
signal processing".


Background of the invention:
      The invention relates to an integrated and
programmable processor for word-wise digital signal
processing, comprising:

5  a. a multiplier element which comprises a first input
     and a second input for receiving two operands for
     multiplication and a first output for presenting a
     product;

  b. an arithmetic and logic unit which comprises a third
10    input and a fourth input for receiving two further
     operands, a second output for presenting a result
     operand, and first accumulator means which are connected
     between the second output and the third input;

  c. a first read-write memory for the storage of data;
15  d. connection means for connecting a control memory for
     the storage of control information for the other
     components;

  e. communication means, including bus connection means, for
     connecting said components to one another and to the
20    environment.

A data processor of this kind is known from European Patent
Application 0086307-A2 assigned to Texas Instruments
Corporation. The known device is an integrated micro-
computer in which a program bus and a data bus are provided
25  on the chip; the exchange of program information with the
environment is also possible. Furthermore, the output of
the multiplier element is directly connected to one of
the inputs of the arithmetic and logic unit. It has been
found that the flexibility of such a processor cannot be
30  high because of <u>inter alia</u> such a very direct coupling.
It has also been found that the presence of only one data
bus also reduces the flexibility of the processor. "Bus" is
to be understood to mean herein an interconnection between

PHN 10 886                    2                    **0154051**
                                                   31-8-1984

at least three stations, with at least two possible infor-
mation sources and at least two possible information des-
tinations.

Summary of the invention:

5          It is an object of the inventio to provide an
integrated data processor which offers a wide variety of
uses and which allows high-speed signal processing. General-
ly, signal processing reads operations which are executed
in "real time", so that notably each operation must be

10  completed within a fixed time interval. Such signal process-
ing operations are often executed as vector operations,
which means the formation of a sum of a series of products
in which successive signal values form one of the factors
each time. Typically the same operations are constantly re-

15  peated on successive signal words of a block or series of
signal words. However, often other types of operations such
as are usually executed in an arithmetic and logic unit
(ALU) are also necessary, for example bit-wise formation
of an OR-function, rotation or shifting.

20          The object is achieved in that the invention is
characterized in that
f. said first input is connected to a separate first bus,
said second input and fourth input being connected to a
separate second bus of said bus connection means;

25  g. said third input can be coupled to the first bus;
h. said first accumulator means comprise a third output with
   a first selector for forming a selectable connection to
   said first and second bus;
i. said first output comprises a second selector for forming

30    a selectable connection to said first and second bus;
j. said first read/write memory comprises an address input
   and a data input which are connected to said first and
   second bus, and a fourth output with a third selector
   in order to form a selectable connection to said first

35    and second bus.
This structure is based on the recognition of the fact that
a firm coupling between multiplier element and arithmetic
and logic unit is usually open to objection for the exe-

cution of a mixture of vector operations and other operations
in one program. On the one hand, many vector operations only
require the multiplier element. Interjection of the arithme-
tic and logic unit would then cause a delay. For the execu-
5  tion of many other operations, only the arithmetic and logic
unit is required. In that case the interjection of the mul-
tiplier element would cause a delay. Therefore, it is better
to keep the two operations separate, so that the arithmetic
and logic unit and the multiplier element can be optimized
10  as regards function spectrum as well as processing speed.
The two-bus structure connected to the relevant inputs and
outputs in the manner specified increases the flexibility and
the processing speed further. For example, for the develop-
ment of a given program use can now be made of an external
15  control memory which is constructed, for example, as an elec-
trically variable memory (NVRAM, RAM, PROM, EPROM or EEPROM).
For mass production, however, it will usually be integrated
as a programmable read-only memory ($E^2$PROM, EPROM) or read-
only memory (ROM). The latter memories are cheaper; for
20  example, a read-only memory occupies only very little space
on the chip.

   Preferably, said first read/write memory comprises
a first memory module whose address input is connected to the
first bus and whose data input is connected to the second
25  bus, and a second memory module whose address input is con-
nected to the second bus and whose data input is connected
to the first bus, the third selector comprising for each me-
mory module a corresponding selection module which is connec-
ted to each of the two buses, the connection for the control
30  memory comprising an instruction register for storing control
information for the control of further components, said in-
struction register also having a data output connected to
said bus connection means. Data can thus always be routed in a
variety of ways before and after the relevant operations.

35     Preferably, each of said first and second memory
modules comprises its own address calculation unit. A
higher flexibility can thus be achieved.

   Preferably, said first output comprises retro-

coupled second accummulator means, including accumulator
adder means, whereto there is connected a shift unit for
performing selectable shift and reformatting operations on
data to be applied to the bus connection means. Thus, the
5   multiplier element allows for a large number of different
operations to be performed without requiring the bus
connection means; the latter may then be operative for a
preceding or the next processing operation.

Preferably, said first accumulator means com-
10  prise a second read/write memory which is capable of
storing several operands and which comprises triple
addressing means in order to allow for the simultaneous
execution of a write operation from the arithmetic and
logic unit as well as two independent read operations to
15  and from the first and the second bus, respectively. Thus,
a local and hence freely accessible processing memory is
available to the ALU unit, so that the execution of a wide
range of operations is facilitated.

Preferably, there are provided further connection
20  means for a further data memory which is constructed as a
read-only memory and which comprises an address connection
to said bus connection means and a selectable data connec-
tion to said first and second bus. Such a read-only (data)
memory can be advantageously used notably for the storage
25  of coefficient information for said vector operations;
as regards the desirability of integration or not, the
same holds good as for the control memory already
described.

Preferably, said third input comprises selector
30  means for forming a selectable connection to said first
and second bus. The arithmetic and logic unit is capable
of performing operations on one or on two operands. Thanks
to the latter facility, it is now possible to present this
single operand each time on the same input of the arith-
35  metic and logic unit, so thatthe configuration of the lat-
ter unit may be simpler.

Preferably, there are provided timing means for

controlling a first instruction cycle which comprises the
following coincident operations:
- address calculation for a data memory, including
associated memory access, in order to make an operand for
5   the bus connection means available during the next instruc-
tion cycle;
- a data transport via at least one bus of the bus
connection means; and
- a data processing operation in at least either the
10  arithmetic and logic unit or the multiplier element on an
operand transported via the bus connection means during said
instruction cycle in order to form a result operand during
this instruction cycle which is made available for transport
via the bus connection means during the next or a later
15  instruction cycle. A given degree of parallelism can thus
be achieved within one instruction cycle.

        Preferably, there is provided a cycle selector
which comprises a first state and a second state in order
to control in the first state said first instruction cycle
20  and in the second state a second instruction cycle having
a length which amounts to half the length of the first
instruction cycle, said second instruction cycle compri-
sing the following coincident operations:
- address calculation for a data memory for the formation
25  of an address for the next instruction cycle;
- memory access in a data memory by means of an address
calculated during the directly preceding instruction cycle
in order to make an operand available for the bus connec-
tion means in the next instruction cycle;
30  - a data transport via at least one bus of the bus
connection means;
- a data processing operation in at least one of the two
elements arithmetic and logic unit and multiplier element
on at least one operand transported via the bus connection
35  means during said instruction cycle or during a previous
instruction cycle in order to form a result operand during
the interval of the same instruction cycle puls the next

instruction cycle in order to make this operand available
for transport via the bus connection means during the
second next instruction cycle or during a later instruction
cycle, for which purpose output registers are connected to
5  the multiplier element, and to the first read-write
memory, said output registers being transparently activa-
table in said first state of the cycle selector, there being
provided input registers for the arithmetic and logic
unit and the multiplier element which are transparently
10  activatable in both states of the cycle selector. By the
interjection of the additional registers, uncoupling takes
place so that the signals on the input thereof (result of
an operation) are uncoupled from the signals on the output
of these registers (result of a preceding operation).
15  Due to this uncoupling, a higher processing speed can be
achieved without a faster technology being required or a
higher clock pulse frequency being used. The processing
speed is also increased by extension of the parallel pipe-
lining principle as will be explained in detail herein-
20  after. It is a minor drawback, however, that programming
is now slightly more complex because each instruction
word must contain elements of operations whose further
execution is controlled only by later instruction words.
        Some further attractive details are specified
25  in the sub-claims.
Brief description of the figures:
        The invention will be described in detail herein-
after with reference to the drawings. First a description
will be given of a general block diagram of a preferred
30  embodiment, followed by a description of some detailed
diagrams and operations,
        Fig. 1 shows a general block diagram of a data
processor in accordance with the invention;
        Fig. 2 illustrates the four types of instructions
35  which can be executed;
        Fig. 3 shows a time diagram for the execution of
a standard instruction in a normal cycle;

Fig. 4 shows a time diagram for the execution of a standard instruction in an accelerated cycle;

Fig. 5 shows a block diagram of an address calculation unit;

5          Fig. 6 illustrates the set of instructions of an address calculation unit;

Fig. 7 illustrates the shift/reformatting unit;

Fig. 7a shows the functions to be realized therein;

10         Fig. 8 illustrates the arithmetic and logic unit;

Fig. 9 illustrates the local processing memory;

Fig. 10 illustrates the serial data output;

Fig. 11 illustrates the serial data input;

Fig. 11a illustrates the parallel data input/

15  output;

Fig. 12 illustrates the program status register;

Figs. 13a, b, c, d illustrate a part of the instruction code;

Figs. 14, 14a illustrate the multiplier element;

20         Fig. 1 shows a general block diagram of the data processor in accordance with the invention. The internal connection is realized by a first 16-bit data bus 22 and a second 16-bit data bus 20. The circuit comprises a number of registers, some of which are directly connected to one of the two buses, that is to say elements 24, 26, 34,

25  46, 48, 50, 56 (the latter two elements via a selection element). 70, 72, 74, 88, 100, 104, 106, 118, 120, 124, 126. Element 30 is a program counter which addresses a program memory 28 having a capacity of 512 words of 40

30  bits which can be loaded into the output register 26. The execution of these instructions will be described in detail hereinafter: most bits control further functions in the remainder of the circuit via connections/decoders which have been omitted for the sake of simplicity. A 16-bit portion

35  can be applied in parallel to both data buses for one type of instruction. Program counter 13 can be loaded either with 9 bits from the instruction register 26 or with an

address from an 8-word stack register 158. The register
24 acts  as an interrupt address register and is
asymmetrically connected between the two buses (i.e.  in the
same manner as elements 34, 70, 78 to be described herein-
5  after: unidirectionally to the bus 22, bidirectionally to
the bus 20). This restriction is not essential; for a long
instruction word, the number of different functions to be
controlled would be larger so that a more universal
connection pattern would be feasible. If desired, the
10  memory 28 is not integrated but constructed as a "separate"
memory in order to facilitate the programming; in that
 case forty additional pins are added to the integrated
circuit in order to supply the instruction register 26 with
information. Preferably, at least 9 of these forty pins are
15  bidirectionally operative for the supply of an address
to the external memory. In a specific embodiment (not
shown), the latter number is chosen to be 16, so that
the width equals that of the data buses. These forty
connection pins operate in time multiplex: alternately
20  address and data.

        Element 90 is a data memory which is constructed
as a read-only memory for 512 words of 16 bits in the
present embodiment. If desired, the memory 90 is not inte-
grated but constructed as a "separate" memory in order to
25  facilitate programming; in that case sixteen additional
pins are included in the integrated circuit for the supply
of information to element 88. Nine of these 16 pins are
bidirectionally operative for the supply of an address to
the external memory. They are again operative in time
30  multiplex. Furthermore, elements 36, 102 are data memory
modules, elements 38, 92, 114 are address calculation
units, and elements 66, 78 are selectors for the two buses.
Registers 48, 100, 106 are associated with the address
calculation means which will be described in detail with
35  reference to Fig. 5. Furthermore, as is apparent some
registers (for example, 88, 104 46, 72, 74, 34) have
selective connections to the two buses. Registers 50, 56

operate as registers which are or are not transparent
Element 58 is a 16 x16 bit multiplier element with an
associated control register 70. Element 64 is a 40-bit
accumulator adder. Element 68 is a 40-bit accumulator
5    register. Element 78 is a bidirectional selector. Element
122 is an arithmetic and logic unit. Element 116 is a
memory comprising 3 connections (ports) which is used as
a set of scratchpad or processing memories. Furthermore,
element 128 is an input/output control element and elements
10   80, 82, 84, 86, 130, 132 are input/output units for
communication with the environment.

             The registers have the following functions:
       24            : instantaneous address register for RAM 36
                       (ARA)
15     46            : data register connected to the output of RAM
                       36 (DRA)
       106           : instantaneous address for RAM 102 (ARB)
       104           : data register connected to the output of
                       RAM 102 (DRB)
20     50, 56        : two registers, transparent or not, which are
                       connected to the inputs of the multiplier
                       element.
                       During a machine cycle, either the signal
                       arriving on the input appears on the output
25                     of the relevant register (transparent) or
                       the signal present in the register itself
                       appears thereon (not transparent). At the
                       end of such a cycle, the signal then present
                       on the input of the register (MXL, MYL)
30                     is always stored in the register.
       60            : product register (PR)
       68            : accumulator register (ACR)
       72/74         : register sections for the most-significant
                       and the least significant product portion
35                     (MSP, LSP)
       70            : register for the control of the shift element
                       62 as regards the shifting and the format
                       selection and possibly bit reversal (BSR)

118, 120      : two registers which operate transparently or
                not and which are connected to the input of
                the ALU 122 (AXL, AYL)

116           : fifteen scratchpad registers (RO ... R14),
5               also representing an accumulator function;
                physically, this element acts as a memory
                having three independent access facilities
                with as many independent addresses and two
                data outputs and one data input

10  40, 94, 108  : basic address registers (AA, RA, BA)
    42, 96, 110  : shift address registers (AS, RS, BS)
    44, 98, 112  : address masking registers (AM, RM, BM)
    84, 130      : serial output registers for the two buses
                   (SOX, SOY)
15  82, 132      : serial input registers for the two buses
                   (SIX, SIY)

    86           : multiplexed parallel input/output register
                   (PO, PI)

    80           : additional parallel output register (ADO).
20  Functional description:

        Synchronized by a clock which is not separately
shown, the data processor is capable of executing up to 10
million instructions per second. This is achieved in that
several instructions can be executed in parallel by way of
25  a pipeline organization. The two parallel operating data
buses are operative to accelerate the transport. Communica-
tion with the environment is provided by powerful I/O inter-
face units for serial as well as parallel communication.
There are provided three data memories, that is to say two
30  read-write memories and one read-only memory, each com-
prising its own address calculation unit. The arithmetic
and logic unit 122 has a set of instructions yet to be
described. The multiplier element 58 is combined with a
40-bit accumulator 64/68 and a general purpose shift unit
35  62.

        The inventors have recognized the fact that in
some cases it will be advantageous for one or both buses
to have a larger bit width, for example 24 bits. In some

cases it will not be necessary to connect all elements to
all 24 bit lines. Depending on the circumstances, for
given elements this may be restricted to 16 or even 12
bits. Furthermore, in order to save components it will
in some cases be permissible to combine the addressing
unit of a (read-only) memory and a data memory.
Summary of the instruction set.

        Fig. 2 illustrates the four types of instructions
which can be executed. The first two bits indicate the type

The first arithmetic instruction controls in parallel an
operation in the arithmetic and logic unit, a bus transport
via at the most two buses, and at the most three address
calculations. The second arithmetic instruction is the
5  counterpart of the first instruction and controls an
operation in the multiplier element. The field AIIS/OPS or
MINS controls the operation, SX/DX or SY/DY controls the
source elements or destination elements on the two buses,
respectively, RFILE acts as an address for the local memory
10  116, and ACUA, ACUB, ACUR are operative or the control of
the address processing elements.

In the third instruction, the branch instruction,
the bits 3 to 18 contain a destination address for the branch.
BR indicates the type of brach instruction and COND the
15  condition. The bit positions 2 and 27 to 39 are void.
Alternatively, also this instruction may contain the ACU
fields recited hereabove,      are now also included in these
fields in this particular operating mode.

In the fourth instruction, direct loading, the field
20  DATA indicates the data to be transported on the bus, and the
other fields are operative as in the arithmetic instructions.
The details of these instructions will be described herein-
after.

Under standard conditions each one-word instruction
25  can be executed in 200 ns. With a given program control this
can be reduced to 100 ns. This is achieved by elaboration of
the pipeline priciple as will be described in detail herein-
after. In this respect Fig. 3 shows a time diagram of a
standard 200 ns instruction cycle. The time diagram of an
30  accelerated instruction cycle as shown in Fig. 4 will be
described herinafter. Line 200 in Fig. 3 contains the
sequence of instruction time intervals having a length of
200 ns. Crossing lines indicate the connections to preceding/
subsequent intervals. Line 202 shows the operations for the
35  fetching of operands. Block 1 offers time space for any
calculation of a read address. Due to the organization of
the separate memories 36, 102 and 90, this can be performed
in an arbitrary combination of these three memories
(possibly even in all three memories simultaneously).

Furthermore, the relevant memory is read. In as far as a
memory serves to supply an operand, in interval/block 2 the
information on this line of the relevant location of this
memory is valid on the output. On line 204 the processing
5  of the data is symbolized. Block 1 offers time space for
the transport of the data on one of the two (or both) trans-
port buses and, whenever applicable, for the actual process-
ing in the multiplier element and/or the arithmetic and logic
unit. In given circumstances, however, such an operation will
10  not be activated, for example when only a register to register
transfer is performed. During block 2 on this line, any data
thus obtained is valid on the output of the relevant process-
ing element. Line 204 shows the further output of the data
thus formed. Block 1 thereof offers space for the calculation
15  of an address in one of the two (or both) read-write memories.
Block 2 offers time space for the transport via one or both
buses 20, 22, possibly to a read-write memory; to this end,
an address is then calculated in block 1 of line 206. Thus,
between the beginning and the end of an instruction there
20  are three blocks of 200 ns. During the second one of these
blocks, however, an address calculation can already be
performed for the next instruction. During the third block
of this cycle, the processing (multiplier element cum
accumulator and/or arithmetic and logic unit) can already
25  be performed for the next instruction. During the execution
of an instruction in the described manner, the bit FQR in
the program status register PST in the element  34 has the
value "0". A second, faster operating mode will be described
later.
30  Detailed description of the sub-systems:
      1) Program memory 28
             This memory is addressed by the program counter 30.
This counter has the incrementation function (address +1) and
the "constant" function (address not modified). Furthermore,
35  the following functions can be performed:
      - a CALL instruction
      - a JUMP instruction
      - a RETURN instruction.

The program counter 30 is controlled by the control unit
31 which comprises a reset input 33 and an interrupt input
35. The state is co-controlled by :
- register 32 which indicates an instruction repeat:
5   - register bank 34 which contains condition information in
register PST for said instruction categories, and also
instruction cycle information (FQR) and information con-
cerning the permissibility of interrupts.
These registers 32, 34 can be loaded (34 may also serve
10  as a data source) from the bus 20; therefore, they are
asymmetrically connected to both buses.
        The actual program counter 30 (9 bits) fulfills
the following functions:
-  in response to the fetching of each instruction form the
15  memory 28 to the instruction register 26, the program
counter is incremented. Upon execution of one of the sub-
sequent, conventional instructions, the value of the
address field is transferred as a new address to the
program counter:
20      jump instructions (if feasible)
        call instructions (if feasible).
For the latter (call) instructions, the content of the
program counter is written in the upper register of the
stack (8) of registers 158 after incrementation by +1.
25  When a return instruction is executed, the content of the
uppermost register of the stack is transferred to the
program counter. The interrupt address from the register 24
is transferred to the program counter when the interrupt
bit ($\overline{INT}$) on input 35 gets value 0 while the interrupt is
30  permitted in that the relevant enable bit IE of the
register PST has the value "1" and the value of the
program counter content incremented by 1 is written on the
uppermost stack register.
        The register stack comprises 8 registers of 9
35  bits in a last-in-first-out organization, so that a nested
structure of at the most 8 levels is permissible among
the subroutines/interruptions.
2) The data memory modules 36, 102, 90.

The read-only memory 90 has a capacity of
512 words of 16 bits each; the other two modules each
have a capacity of 256 words of 16 bits each. The address
lengths amount to 9 bits and 8 bits, respectively. The data
5  inputs of the memories 36, 102 are asymmetrically connected
to the buses 20, 22. Via selectors, the data outputs are
symmetrically connected to the buses, the data being
transported via either one or both buses as desired. When
the described slow instruction cycle is activated, the
10  output registers 46, 88, 104 are continuously transparent.
3) Address calculation units.

The address calculation units 38, 92, 41 of the
present embodiment are identical, except for their word
length of 8 bits and 9 bits, respectively. The address
15  calculation can be coecistent with two arithmetic/move
instructions and the load immediate instruction; the
address calculations can thus be equickly executed.

The block diagram of such an address calculation
unit shown in Fig. 5 comprises the bus 208 (one of the
20  two buses 20, 22 in Fig. 1) and also all elements up to
the connection 232 for the actual memory matrix cum
address decoder. At the input side there are provided three
registers

210    : for the address mask;
25  212    : for the actual address where the calculation
          starts;
213    : for the shift (offset).

The content of these three registers can be
retained at the beginning of an interrupt operation for
30  later use during a further operation. Element 214 is an
arithmetic and logic unit having a limited bit width and
a limited range of operations (with respect to element 122
in Fig. 1). The element 206 is a masking element in which
the calculation result of the element 214 can be bit-wise
35  conducted or blocked by the content of the masking register
210. The output of the masking element 216 is connected to
the A register 212. Furthermore, in the reversing element

218 the bit sequence can be reversed. The result from the
element 218 can be stored in the actual address register 230.
The latter register can also be filled directly by data on
(a part of) the lines of the 16-bit bus. The masking in the
5 element 216 can be used for cyclically passing through the
addresses according to a given modulo value; the reversal of
the bit sequence is used in given versions of Fourier trans-
form calculations. When a masked value ("0") is received in
the modulo register 210, the relevant bit position in the
10 register 230 remains unmodified. However, when a value ("1")
is received in the modulo register 210, the relevant bit
position 230 is updated with a new value. In given circum-
stances the relevant position may have been the subject of a
reversing operation. The control of the register 230 in this
15 respect is denoted by a dotted connection. Actually there is
provided a control unit which controls the operations des-
cribed hereinafter.

        In this respect Fig. 6 shows the set of instruc-
tions of the address calculation units. They are controlled
20 by relevant fields in the instruction word: C31-33 for the
element 38, C34-36 for the element 114, C37-39 for the
element 92 (this word is present in the already described
register 26). Fig. 6 is divided into two halves; the upper
half is applicable when the relevant unit has not been
25 selected as the data destination under the control of the
fields DX and/or DY of the micro-instruction word to be des-
cribed hereinafter. In the opposite case the lower half of
the Figure is applicable. The first column shows the
mnemonics, the second column the bit pattern, the third  to
30 sixth columns the new content for each of the four registers
230, 212, 213, 210 for which "BUS" means that the register
is filled with new data from the bus. (A+1) mM means that
the address (A+1) is masked by the content of the masking
register M; correspondingly, for example, for A-1, A+S and
35 so on. "BR" means that the bit sequence is reversed. The
instruction LALL means that the content of the bus (in
as far as supplied) is bit-wise

inverted. During the loading of the relevant address
calculation unit, with or without an "immediate load"
instruction, the content of the M register  210 does
not influence the actual loading of the AR register 230.
5   The bit positions are not reversed either in that case.
4)   The multiplier element 58.

Multiplication is performed completely in
parallel in accordance with the Booth's algorithm described
in "A signed binary multiplier technique", by A.D. Booth,
10  Q.J. Mech. Appl. Math. 4 (1951), 236-240, and modified
as published inter alia in "A proof of the modified
Booth's algorithm for multiplication", by L.P.Rubinfeld,
IEEE Trans.Computers (October 1976), pages 1014-1015. From
two 16-bit operands on the outputs of the registers 50, 56
15  a 32-bit product word is formed in one machine cycle. The
multiplier element is constructed so that the most
significant bit is operative as having a negative value
(sign bit). During the processing of operands in multiple
precision the less significant parts thereof, therefore, do
20  not comprise a sign bit and the leading bit position must
always be filled with a zero. This suppletion itself is
described in the previous, non-published Netherlands Patent
Application 8304186 (PHN 10 865) in the name of Applicant
which is incorporated herein by way of reference.
25      To the output of the element 58 there are
connected an accumulator adder 64 and an accumulator
register 68, both elements having a width of 40 bits.
If necessary, the sign bit in the register 60 (most
significant bit of a product) is copied  on more-significant
30  bits until a total number of 40 bits is reached. Further-
more two flag bits are provided in the program status
register PST in the element 34 (alternatively,this number is increased)
a)   when the permissible limits of the value range are
exceeded, an overflow bit OVFL1 is made. The relevant
35      logic function is an EXCLUSIVE-OR function between the
two most significant bits of the forty-bit accumula-
tion/adding result.

b) a second status bis SGNM indicates the sign of the
   accumulation result. The relevant logic function is an
   EXCLUSIVE-OR function between OVFL and the most
   significant bit but one of the accumulation/adding
5  result.
If OVFL obtains the value "1" due to an arithmetic
instruction, the bits OVFL, SGNM are fixed. They can then
be modified only by program control, for example in that
the content of the program status register in the arithmetic
10 and logic unit is subjected to a modification operation.
For as long as the bit OVFL retains the value "0", both
status bits are interrogated after each arithmetic instruc-
tion used by the accumulator. The accumulation result is
stored in the register 66 and applied to an element 62 for
15 shift, extraction and reformatting operations. The output
of the accumulator register 68 is fed back to the
accumulator/adder 64.
   5) Shift element 62.
            Fig. 7 illustrates the shift element 62 in which
20 reformatting operations are also performed. At the top of
the Figure, the 40 bits arrive from the accumulator/adder
64. The sign extension operation is included in order to
avoid an overflow condition as much as possible. This con-
dition arises when the sum becomes too large due to addition
25 of a number of successive numbers having the same sign.
This risk is now reduced. On the input of the extractor
400 the most significant bit ACC39 is extended to fifteen
more significant bit positions; this again is done for
the detection of any overflow conditions. In the shift
30 element 400 a 32-bit (double length) word is extracted from
the 55 bits thus received. An operation can thus be perform-
ed with double the precision. At the left of the Figure
there is shown a register (70) BSR which contains a four-
bit code (bit 0...3). This code is decoded by the decoder
35 402. In this respect Fig. 7a shows the sixteen different
extraction possibilities; the accumulator bits are supple-
mented by a least significant "0". Thus, the bits BSR
$\emptyset$ ... 3 with the codes 0000 ... 1111

form sixteen staggered extracts of 32 bits each. The
register 70 should be filled at least one instruction cycle
before the actual extraction operation. The bits BSR 4, 5
are deooded by the decoder 404 which activates the reformat-
ting device 406. The 32 extracted bits are referred to as
E31 ... EO. The values of the bits BSR4, 5 control the
following reformatting operation :

$\emptyset\emptyset$ : the extraction 32-bit word is available to a user
        in the form of two half words;

$1\emptyset$ : the most significant bit of the least significant
        half word becomes "$\emptyset$" and the remainder is shifted
        one position in the less-significant direction;
        the last bit of the extraction result is thus sup-
        pressed;

$\emptyset1$ : as $\emptyset\emptyset$, but the bits of the least significant half word
        are reversed. The elements 72, 72 are registers; the
selection on the output thereof to the two buses is now
denoted by separate selectors 73, 75 (not in Fig. 1).
In addition to the 32 bits to be applied to the element
406, the extractor 400 also applies 9 more significant
bits E31 ... E40 to the detector 408 which forms an over-
flow detector (and also receives bit E31). Should an
inadmissible bit value (differing from E31) occur among
these 9 bits, bit OOR in the program status register is
set to "1"; this is because the relevant more significant
bits must be repeats of the sign-indicating bit E31. The
field MINS in the instruction which controls functions will
be described in detail hereinafter.

6)   The ALU unit 122.

        Fig. 8 shows a block diagram of the arithmetic
and logic unit 122 and its environment. The blocks 66, 118,
120, 122 are shown in Fig. 1. Block 119 represents a deco-
der for the field OPS for the instruction. Block 121
represents a decoder for the block AINS of the instruction.
Block 125 represents a decoder for the relevant SX, SY, DX,
DY fields of the instruction. To the output of the ALU
element 122 there is connected a block 123 for the shift

and rotation functions which will be described in detail
hereinafter. The program status register PST is connected,
using decoding elements not  shown to the ALU 122 and
the shift/rotation functions in the block 123.

5          The unit 122 operates in two's complement notation.
Flag bits can be formed (a higher number would be feasible):
Z : result of the ALU operation is "zero" ;
N : result(interpreted as 2's-complement number) is negative;
C : there is a carry signal, which may occur in unsigned
10     arithmetic operations for any less significant part of
       multiprecision words;
O : overflow condition, which implies an error in the case
    of 2's complement notation. The bit "Z" is thus formed
    by detection of all bits of the operand together;
15     the bits C and N are formed by detection of a single bit,
       the overflow condition being detected in the same
       manner as described previously for the multiplier
       element.
The following operations are defined :
20  1. COM     logic complement
    2. AND     logic AND-function
    3. OR      logic OR-function
    4. EXOR    logic EXCLUSIVE-OR function
    5. ADD     addition
25  6. XADD    extended (multiprecision) addition; this means
               that during previous treatment of a less
               significant part of the operand any carry signal
               is stored for later treatment of a more sig-
               nificant part of the operand.
30  7. SUB     subtraction
    8. XSUB    extended (i.e. multiprecision) subtraction;
               again a bit signal is carried between successively
               treated parts of an operand in given circumstances
    9. NEG     an arithmetical inversion
35  10. XNEG   extended (multiprecision) inversion
    11. CNEG   conditional inversion
    12. -
    13. INC    incrementation

14. XING   extended(i.e. multiprecision) incrementation

15. DEC    decrementation

16. XDEC   extended (i.e. multiprecision) decrementation

17. NOP    no action, flag bits retained

18. PASS   conduct operand without modification

19. SWAP   more significant and less significant bytes are

interchanged

20. CSUB   conditional subtraction

21. -

22. ADDM   add most significant bit of operand B to operand

A

23. XSGN   copy N flagbit (indicating the sign) over 16 bits;

therefore, this is a "sign extension" as

described for the multiplier element.

24. ASL    arithmetical shift to the left (more signifi-

cant direction)

25. XASL   extended shift ditto

26. LSL    logic shift to the left

27. LROL   logic rotation to the left

28. ASR    arithmetical shift to the right

29. XASR   extended shift according to 28

30. LR     logic shift to the right

31. LROR   logic rotation clockwise

32. NULL   generate output "0".

In the above list logic operations are performed
at the bit level. For arithmetical operations, the sign
bit or bits is (are) treated in a specific manner in given
circumstances. For the rotation operations, the shifted
out bit is added to the operand again at the opposite end.
For details of the sub-fields of the instruction,
reference is made to the Figures 13 (a-d). The connection
of the program status register PST (via a selector) to the
bus connection means is shown in simplified form.

Fig. 9 shows details of the structure of the
first  accumulator means. It will be apparent that the
accumulator adder 122 is situated within the ALU. The memo-
ry MEM consists of a memory bank for $2^{n-1}$ words of m = 16

bits each. It has a data input Y and two data outputs OUT1
and OUT2, each m bits wide. There are three separate
address inputs ADRY, ADROUT1 and ADROUT2, each having a
width of n bits (in this case n = 4). The first one is a
5   write address, the other two being read addresses, each
for the associated data connection. The three connections
can be simultaneously and independently operative in one
and the same instruction cycle.

7) Interrupt address register 24:

10          Register 24 is to be loaded from one of the buses
and contains an address which is transferred to the
program counter 30 at the beginning of an interrupt opera-
tion.

8)  Program status register.

15          In this respect reference is made to Fig. 12
which shows the bit-wise subdivision of the sixteen-
bit program status register (in element 34 in Fig. 1). The
bits have the following meaning:

$\emptyset$, 1     : OVFL, and SGNM, the two bits disclosed with
20                  respect to the multiplier element and its
                  environment

2          : OOR, overflow condition of the extractor

3-6        : Z., C, N, O, the four bits described with
                  reference to the ALU unit,

25   7-9        : three flags reserved for the address calculation
                  units

10         : IE interrupt admissible/not admissible

11         : FQR, instruction cycle selection bit; the last
                  two bits can be modified by program control

30   12-15      : not used

9)  Input/ output status register (IOF).

          This register forms part of the register bank 34
which comprises three registers. It contains status
information and flag bits for communication with the

35   environment. The bits have the following meaning:
SIXACK denotes the degree of filling of the register 82
with valid information. SIYACK does so for the register

132. SOXACK indicates whether the register 84 is loaded
with data. SOYACK serves the same purpose. PIACK : a
transition from low to high on the $\overline{WR}$ pin sets this
flag bit to "1", synchronized by the separate clock (not
5   shown) of the processor. When the data is read from the PI
register (86), this flag is set to $\emptyset$ again. POACK : a
transition from low to high on the $\overline{RD}$ pin sets this flag
bit to "1", synchronized by the internal clock. When data
is written in the PO (86) register, this flag is set
10  to $\emptyset$ again. Two bits IFA, IFB in this register contain
flag bits to be defined by a user; these flag bits may
be interrogated via connection pins which are reserved
on the integrated circuit for this purpose during the
gesting of jump conditions.

15  10)  Instruction repeat register 32.
        This register 32 acts as a hardware instruction
counter; when it is loaded with the value N, the next
instruction is repeated N times. This register is decre-
mented in reaction to the execution of | any | instruction,
20  while the program counter in the element 30 can be
incremented only when the content of register 32 is zero.
Such repeating can be advantageously used notably for
vector operations.

11) Description of the input/output structure.
25      The SOX (84) and SOY  (132) connections can
output    data from the relevant data buses to the environ-
ment. To this end, each connection comprises a 16-bit
register which can be synchronized by an external clock
connection. These registers also receive internal request
30  and enable signals as a synchronization handshake for a
filling operation. Both outputs  have a presettable
counter for indicating the number of  bits to be outputted.
        The SIX (82) and SIY (130) connections can
receive data from the environment for output to the
35  relevant data buses. To this end, each connection comprises
a serial input shift register which can be synchronized
by an external clock connection. The input shift register

is connected in parallel to a buffer register for the feed-
ing of the bus. Finally, these registers receive internal
request and enable signals as a synchronization handshake
for a read operation from the parallel register. There is
5  also provided a presettable counter for controlling the num-
ber of bits to be loaded onto the buses in parallel.

The PI/PO (86) connection provides parallel trans-
port to and from the processor, respectively. To this end,
a 16-bit register is provided each time.

10    The additional output connection ADO(80) provides
external transfer of data or addresses; the latter are cal-
culated in an address calculation unit or in the arithmetic
and logic unit. In this case there is provided a register
which is to be selectively filled by both buses. These struc-
15 tures will be described in detail hereinafter with reference
to some Figures. The set-up shown is substantially symmetri-
cal with respect to the two buses. In other situations a less
symmetrical set-up may be advantageous in order to save parts.
12) Series connection status register (SIOST):

20    This is the last register of the register ban 34
which contains status information concerning the serial con-
nections. The first four bis SILX3...0 of the 16 bits (actual-
ly the bis SILX $\emptyset$ is the first bit of this status word) con-
tain the word length for the series input shift register (of
25 connection SIX); code 0000 means a word length of 16 bits and
so on, so that finally the code 111 means a word length of
1 bit. The sequence bits SOLX3...$\emptyset$ the same for the connec-
tion SOX, the bits SILY3...$\emptyset$ the same for the connection SIY,
and the bits SOLY3...$\emptyset$ the same for the connection SOY.
30 The interrupt mechanism:

External interrupt signals are represented by a
low signal on the pin $\overline{INT}$ during at least 200 ns. This pin
is interrogated every instruction cycle and so is the bit
EI (enable bit) in the program status register. If EI = 1
35 and $\overline{INT}$ = 0, a branch operation is performed in the same
cycle to the interrupt address (IAR register) and the bit
IE is set to "O", the return address (content of program
counter +1) being stored on the register stack. The

0154051

PHN 10 886                    24                    30.8.1984

switching over of the bit IE to "1" is performed under
program control, after which in given circumstances the
treatment of a next interrupt may commence. If subsequently
$\overline{INT}$ = 1 for an entire instruction cycle, all interrupt
5    requests have been dealt with. Subsequently, the most
recent return address is recalled from the stack registers.

          Considering the size of the stack registers, 8
successive interrupt levels can be concurrently nested.
The same is applicable to successive interrupt routines.
10          Finally there is provided a reset pin for
resetting the ($\overline{RST}$) processor when this pin carries a low
signal for at least 200 ns. The signal is stored in a flag
flip-flop.

Parallel input/output structure:
15          Fig. 11a diagrammatically shows the input/output
structure (parallel section). The buses 20/22, a 16-bit
selector structure SEL, two parallel registers PI/PO, a
tristate buffer TRISTBUFF, the external 16-bit bus D15 ...
DO, a control unit PIOCONTR, and the control bits PIACK,
20    POACK are shown. The signals $\overline{RD}$ and $\overline{WR}$ to be supplied by
an external device have already been described.
The bits PIRQ/PORQ are request bits to the environment.
          Fig. 10 diagrammatically shows one of the two
serial output connections. The output register (in this
25    case SOX) is directly connected to the bus and feeds the
output shift register SOXS. The presettable counter COD
which can be loaded by the SIOST register is also shown.
Output data may be taken up in SOXS only when this
register is completely empty (determined by the counter
30    content); in reaction thereto, SOXACK is set to "1" and new
data may be applied; SOXRQ = 1 indicates a request to the
environment and the counter is loaded. The output of the
data to the environment commences when the pin SOXEN
becomes "1", synchronization being performed by clock pulses
35    on pin SOX. The tristate buffer TRIST is co-controlled by
the value SOXEN. After the counter stops counting and no
further data is waiting (SOACK = 1),bit SOXRQ is set to "0"

so that SOXS and the counter assumes the "hold" state so
that the last bit outputted remains on the pin DOX. When
SOXEN becomes "O", the output circuit DOX assumes the high
impedance initial state again.

5          Fig. 11 shows the serial input structure (in this
case shown for the X-bus), comprising register SIX, input
shift register SIXS, presettable counter COUN, and control
and flag bit positions. When SIX is internally addressed
as a data source, the flag SIXACK is set to "O" in the re-
10   gister IOF; it is valid for the next processor cycle. Data
received in the shift register SIXS is transferred to the
register SIX if the counter content indicates that the
shift operation has been completed; the flag SIXACK then
also becomes high in order to indicate the availability of
15   data to the processor. At the same time the flag bit SIXQR
becomes high in order to inform the environment that the
shift register SIXS may receive new data, the counter being
loaded again with the length-indicating bits SILX3...SILX$\emptyset$;
when this counter has been reset, the next data is com-
20   pletely present in the shift register SIXS. The serial
input commences as soon as the input bit SIXEN becomes high
after SIXQR has become high. Synchronization is provided by
the serial clock CIX. When the counter has been completely
reset and there is still data which has not been trans-
25   ferred to the register SIX, the flag bit SIXQR is set to
"$\emptyset$" so that the counter and the shift register SIXS direct-
ly assume the "hold" mode.
Description of the fast mode of operation:
           The operation of the processor has been described
30   thus far for a 200 ns instruction cycle. When more use is
made of a pipeline mechanism, the processor is also capable
of implementing an instruction cycle of only 100 ns. In this
respect reference is again made to Fig. 1; notably the
registers 60 (at the output of the multiplier element), 46,
35   104, 88 (at the output of the data memory) also form part of
the pipeline structure. By adaptation of the clock frequency
the accelleration can be chosen so as to be less than a
factor two.
           Fig. 4 shows a time diagram for the operation.

Therein, the bit FQR in the program status register PST
continuously has the value "1".

In the "ALU" instruction, the following operations
can be performed in parallel:
5  -    an arithmetic/logic operation;
   -    at the most three address calculations for the
        memories;
   -    addressing of at the most three memory output registers;
   -    data transport on one or both buses.
10     In the "multiplication" instruction, the follo-
wing operations can be performed in parallel:
   -    a multiplication operation;
   -    an accumulation/shift operation (elements 62, 64);
   -    at the most three address calculations for the memories;
15  -   addressing of at the most three memory output registers;
   -    data transport on one or both buses.

In the "immediate load" instruction, the
following operations can be performed in parallel:
   -    transporting data from the data field of the
20      instruction (in IR) to a destination on the X and/or Y
        bus;
   -    at the most three address calculations for the
        memories;
   -    addressing of at the most three memory output registers.
25     Line 300 in Fig. 4 indicates the successive
cycles. On line 302 block 1 shows the address calculation.
Block 1, line 304    represents the "read" access by way
of the previously calculated address. The next block 2
indicates the time during which the data is valid in the
30 output register of the memory thus addressed. Block 1 of
line 306    indicates that the transport takes place via the
bus (buses) and possibly the processing in ALU and/or
the multiplier element. Line 308 of block 2 (which is two
blocks later than the block 1 on the  line 306 in which
35 the processing is initiated) indicates that the processing
result in valid in the output register of the multiplier
element when addressed. On the other hand, an operation

can similarly be performed in the ALU unit. Line 310
of block 1 indicates (in time before block 2 on line 308)
that the address calculation for the next write operation
(for the calculation result) may take place (in time

5    before block 2 on line 308). On line 312 block 1 indicates
that a bus transport and possibly a write access in a
memory take place.

         The instruction register must now receive new data
every 100 ns (so twice as fast as previously ). The

10   register BSR must now also be filled one instruction cycle
before the actual shift/reformatting operation and must
remain valid for at least one instruction cycle. The flag
bits EI (for the interrupt) and RESET (for resetting)
are now interrogated every 100 ns.

15        A small difference with respect to the operations
during the "slow" instruction cycle is that the output
registers of the memories now act as source elements for the
data bus (buses) instead of these memories themselves.
Furthermore, all branch instructions and interrupt requests

20   must always be followed by an instruction which does not
imply an operation (NOP); the content of the memories is
thus saved.
Detailed description of the instruction set:

         Referring to Fig. 2 again which shows the main

25   types of instruction words, some specific instruction
fields will be described in detail hereinafter. Fig. 13a
shows a table of the instruction field AINS of the arith-
metic instructions. The first column gives the mnemonics.
The second column shows the binary code. The last column

30   shows the operation on the flag bits Z, N, C, O. An
asterisk in the first column means that only one operand
is processed; consequently, this operand must arrive in the
arithmetic and logic unit necessarily via the selector 66.
A cross in the fourth column indicates that the filling

35   of the relevant flag bits is determined by the result of
the operation. A "zero" ($\emptyset$) indicates that the relevant
flag bit must be reset to zero. A horizontal dash
indicates that the flag bit remains unmodified in all

circumstances.

The field OPS selects the operands for the two
inputs A (via register 120) and B (via register 118).
For the two-operand instructions,   the bit C7 provides the
5 control for the B input: "0" gates an operand from the bus
22; "1" gates the operand present in the register 118.
Bit C8 provides the control for the A input: "0" gates the
operand of the bus 20 and "1" admits the operand already
present in the register 120. For the one-operand instruc-
10 tions (denoted by an   asterisk in Fig. 13a), the register
118 is in the "hold" state, the codes 00, 01, 10 successively
selecting the register 120,   the bus 22 and the bus 20 in
order to perform the operation on an associated operand.
For the operation SWAP, the register 118 is in the hold
15 mode; the code 01 selects the bus 22 and the code 10 selects
the bus 20 for the operation; the register 120 is transpa-
rent.

Fig. 13b shows a table of the field MINS of the
arithmetic instructions. There are seven code bits for 45
20 codes, so that a given degree of freedom of definition is
obtained in order to facilitate the decoding. The codes
can be divided into five groups, only the first group
being shown in its entirety. The first column offers space
for the code bits. The second column indicates the selec-
25 tion function for the elements 50/52. Thus, a transparency
can be controlled (X) to the bus, or the content of the
register can be used (MXL). Finally, a multiplier factor "-1"
can be introduced. The third column indicates the selection
function for the elements 54/56. A transparency (Y)
30 can now be controlled to the bus, or the content of the
register can be used (MYL); furthermore, the transparency
can be controlled with an inversion. Always 200 ns is
required for a multiplication operation. The fourth column
shows the product thus formed.

35        The second group of codes is identical to the
first group; moreover, the accumulator/adder 64 is
activated in order to add the content of the register 68

with a positive sign to the product of the two factors.
The third group is identical to the second group, except
that the content of the register 68 is now preceded by
a negative sign. The fourth group is identical to the
5   second group, except that the content of the register 68
is now shifted to the right through 15 bit locations (mul-
tiplication by $2^{-15}$). The fifth group is identical to the
fourth group, except that the (shifted) content of the
register 68 is now preceded by a negative sign.

10        Fig. 13c shows two tables for the bus 20 and the
bus 22, respectively, in order to indicate that these
elements are capable of acting as a source for the bus.
Herein, ROM indicates element 90, ADO: element 80,
RAMA: element 36, ARB: element 106, RAMB: element 102,
15   IAR : element 24, SIX, SOC, PO, PI: the elements of the
input/output structure SIOST, PST, IOF: the registers of
the bank 34, BSR : element 70, MSP/LSP : elements 72/74,
R∅ ... R14 : the registers of the bank 116, and PINR
the same as PI without treatment of pin PIQR. Finally
20   ARR is element 100, ARA element 48.

        Fig. 13d shows two tables for the fields DX, DY.
Therein, the elements ACUA, ACUB, ACAR are the address
calculation units of the memories 36, 102, 90 respectively
The instruction field for this address calculation unit
25   determines which local register is loaded. For the element
116 the field R-file selects which of the registers is
loaded.

        Finally the connection pins for signals will be
described.
30   CLK        : clock for synchronizing internally derived
                clock signals
$\overline{\text{RST}}$        : reset pin
D∅...D15   : bidirectional I/O data pins
$\overline{\text{INT}}$        : pin for external interrupt
35   IFA, IFB   : two flags to be defined by the user
A15...A∅   : extra data outputs (parallel)
DIX, DIY   : serial data inputs
DOX, DOY   : serial data outputs

SOXRQ, SOYRQ   : serial input requests

SOXEN, SOYEN   : serial enable signals

COX, COY       : external asynchronous clock for serial
                 data output

5  SIXRQ, SIYRQ   : request signals serial data input

SIXEN, SIYEN   : enable signals serial data input

CIX, SIY       : external asynchronous clock for serial
                 data input

$\overline{RD}$, $\overline{WR}$       : read-write control for parallel I/O

10                 registers

PORQ, PIRQ     : request signals parallel input/output

SYNC           : output clock signals (in synchronism
                 with instruction cycle) for synchronizing
                 an external device.

15          Fig. 14 illustrates the multiplier element; the
circuit arrangement will first be described. Corresponding
elements are denoted by the same reference numerals as used
in Fig. 1. Bus 20 is connected to the X-selector 54. Under
the control of the bit SELX, the selector conducts either

20  the bus operand or a value "-1"which is formed by a signal
generator (not shown). Register  56 is made selectively
transparent under control of bit ENX. The bus 22 is
connected to the Y-selector 52. Under the control of the
bit SELY, the selector gates either the bus operand

25  or the arithmetically inverted value thereof. As a result
of the two's complement notation used, this conversion
is very simple. Register 50 is transparent or not under
the control of the bit ENY. Thus, in the described manner
three possibilities can be selected by the two control

30  bits for each input of the multiplier element. The multi-
plier element 58, moreover, receives a carry input signal:
CARR. To the output of the multiplier element 58 there is
connected a register PR. The accumulator/adder 64 does not
receive special function signals. The accumulator register

35  68 receives an enable signal ENA. Selector 69 is connected
to the output of register 68 to allow the operand stored
therein to be transferred, either without modification or

shifted over 15 bit positions in the less significant
direction. The latter is again effected by the staggering
of the connections. The selector 69 also receives an
operand "0". Between the selector 69 and the accumulator/
5  adder 64 there is also included an inverter 71 which is
selectively activatable by a signal PM.

The output of the accumulator/adder 64 is also
connected to the shift element 62 which will not be
described again herein.  Figure 14a    shows a control
10 table with six functions to be controlled for the element
64 in the first column. The right-hand columns of the
Figure contain the required control signals. On line 1,
the signals PM and SELA 1, 2 retain their previous value:
the content of the register 68 then remains the same.

15

PHN 10 886                    32              0154051
                                          30.8.1984

# CLAIMS

1.      A integrated and programmable processor for
word-wise digital signal processing, comprising

a.  a multiplier element (58) which comprises a first input
    and a second input for receiving two operands for
5       multiplication and a first output for presenting a
    product;

b.  an arithmetic and logic unit (122) which comprises a
    third input and a fourth input for receiving two fur-
    ther operands, a second output for presenting a result
10      operand and a first accumulator means (116) which are
connected between the second output and the third input;

c.  a first read-write memory (36, 102) for the storage
    of data;

d.  connection means for connecting a control memory (28)
15      for the storage of control information for the other
    components;

e.  communication means, including bus connection means,
    for connecting said components to one another and to
    the environment,
20  characterized in that

f.  said first input is connected to a separate first bus
    (22), said second input and fourth input being connec-
    ted to a separate second bus (20) of said bus connec-
    tion means;

25  g.  said third input can be selectively coupled to the
    first bus;

h.  said first accumulator means comprise a third output
    with a first selector means comprise a third output
    with a first selector for forming a selectable
30      connection to said first and second bus;

i.  said first output comprises a second selector (76)
    for forming a selectable connection to said first and
    second bus;

j. said first read/write memory comprises an address input
   and a data input which are connected to said first and
   second bus, and a fourth output with a third selector
   (46, 104) in order to form a selectable connection to
5  said first and second bus.

2.        An integrated processor as claimed in Claim 1,
characterized in that said first read/write memory com-
prises a first memory module (36) whose address input is
connected to the first bus and whose data input is connec-
10 ted to the second bus, and a second memory module (102)
whose address input is connected to the second bus and whose
data input is connected to the first bus, the third
selector comprising for each memory module a corresponding
selection module (46, 104) which is connected to each of
15 the two buses, the connection for the control memory
comprising an instruction register for storing control
information for the control of further components, said
instruction register (26) also having a data output con-
nected to said bus connection means.

20 3.        An integrated processor as claimed in Claim 2,
characterized in that each of said first and second
memory modules comprises its own address calculation unit
(38, 114).

4.        An integrated processor as claimed in Claim 1, 2
25 or 3, characterized in that said first output comprises
retrocoupled second accumulator means, including accumula-
tor adder means (64, 68), whereto there is connected a
shift unit (62) for performing selectable shift and refor-
matting operations on data to be applied to the bus con-
30 nection means.

5.        An integrated processor as claimed in any one of
the Claims 1 to 4, characterized in that said first accu-
mulator means comprise a second read/write memory which
is capable of storing several operands and which comprises
35 triple addressing means in order to allow for the simul-
taneous execution of a write operation from the arithmetic
and logic unit to the second read/write memory as well as
two independent read operations from the second read/write

memory to   the first bus and the second  bus, respectively.

6.        An integrated processor as claimed in any one of
the Claims 1 to 5, characterized in that said control
memory is also co-integrated.

7.        An integrated processor as claimed in any one of
the Claims 1 to 6, characterized in that there are provided
further connection means for a further data memory (90)
which is constructed as a read only memory and which
comprises an address connection to said bus connection
means and a selectable data connection (88) to said first
and second bus.

8.        An integrated processor as claimed in Claim 7,
characterized in that said further data memory comprises
its own address calculation unit  (92).

9.        An integrated processor as claimed in Claim 7
or 8, characterized in that said further data memory is
also co-integrated as a read-only memory.

10.       An integrated processor as claimed in any one
of the Claims 1 to 9, characterized in that said third
input comprises selector means for forming a selectable
connection to said first and second bus.

11.       An integrated processor as claimed in any one
of the Claims 1 to 10, characterized in that there are
provided timing means for controlling a first instruction
cycle which comprises the following coincident operations:

  - address calculation for data memory, including
    associated memory access, in order to make an operand
    for the bus connection means available during the
    next instruction cycle;
  - a data transport via at least one bus of the bus
    connection means;
  - a data processing operation in at least one of the
    two elements arithmetic and logic unit and multiplier
    element on an operand transported via the bus connec-
    tion means during said  instruction cycle in order to
    form a result operand during this instruction cycle,
    which operand is made available for transport via the

bus connection means during the next or a subsequent in-
struction cycle.

12.        An integrated processor as claimed in Claim 11,
characterized in that there is provided a first cycle
5   selector (FQR) which has a first state for controlling
a first instruction cycle and a second state for con-
trolling a second instruction cycle having a length which
amounts to at least substantially half the length of the
first instruction cycle, said second instruction cycle com-
10  prising the following coincident operations:
    - address calculation for a data memory for the formation
      of an address for the next instruction cycle;
    - memory access in a data memory by means of an address
      calculated during the directly preceding instruction
15    cycle in order to make an operand available for the bus
      connection means in the next instruction cycle;
    - a data transport via at least one bus of the bus con-
      nection means;
    - a data processing operation in at least one of the two
20    elements arithmetic and logic unit and multiplier element
      on at least one operand transported via the bus connec-
      tion means during said instruction cycle or during a
      previous instruction cycle in order to form a result
      operand during the interval of the same instruction
25    cycle plus the next instruction cycle in order to make
      this operand available for transport via the bus con-
      nection means during a second subsequent later instruc-
      tion cycle, for which purpose output registers are con-
      nected to the multiplier element, and to the first
30    read/write memory, said output registers being trans-
      parently activatable in said first state of the cycle
      selector, there being provided input registers for the
      arithmetic and logic unit and the multiplier element
      which are transparently activatable in both states of
35    the cycle selector.

13.        An integrated processor in which said first output
comprises retrocoupled second accumulator means, including

accumulator/adder means and a shift unit which is con-
nected thereto, in order to perform selectable shift
and reformatting operations on data to be applied to the
bus connection means as claimed in any one of the Claims
5   1 to 12, characterized in that registers with selectively
controllable input transparencies are connected between the
inputs of the multiplier element and the bus connection
means.

    14.        An integrated processor as claimed in Claim 13,
10  characterized in that for at least one of the registers
with selectively controllable input transparencies there
are connected selector means for selectively performing
an operand inversion or for gating a fixed quantity  for
supply to the multiplier element.

15  15.        An integrated processor in which said first out-
put comprises retrocoupled second accumulator means, in-
cluding accumulator/adder means and a shift unit which is
connected thereto, for performing selectable shift and
reformatting operations on data to be applied to the bus
20  connection means as claimed in any one of the Claims 1 to
14, characterized in that the retrocoupling is performed
by means of an accumulator register in order to selectively
present an accumulator result, inverted or not and/or
shifted over a multiprecision bit shift interval, to the
25  accumulator/adder means again.

    16.        An integrated processor as claimed in Claim 4,
characterized in that the accumulator adder means
accommodate sign extension bits as extension to the multi-
plication result.

30  17.        An integrated processor as claimed in Claim 16,
characterized in that the shift unit accommodates further
extension bits in order to allow for a plurality of diffe-
rent extractions from the accumulation adder result avail-
able for the bus connection means under coded control.

35  18.        An integrated processor as claimed in any one of
the Claims 1 to 17, characterized in that for a data memory
there is provided at least one address calculation unit

which comprises an adder element for performing address
accumulation which can be masked bit-wise under the
control of a mask register.

19.        An integrated processor as claimed in Claim
18, characterized in that the address calculation unit
comprises a first register for an absolute address, a
second register for a relative address, and a mask register,
all said registers being connected to the bus connection
means.

1/12

0154051



FIG.1

0154051

2/12



FIG.2

FIG.3

FIG.4

0154051



FIG.5

4/12

0154051

| MNEM | C O D | OPERA | | | |
|------|-------|-------|---|---|---|
| | | $AR_{new}$ | $A_{new}$ | $S_{new}$ | $M_{new}$ |
| NOP | 0 0 0 | AR | A | S | M |
| INCA | 0 0 1 | (A+1)mM | (A+1)mM | S | M |
| DECA | 0 1 0 | (A−1)mM | (A−1)mM | S | M |
| STP | 0 1 1 | (A+S)mM | (A+S)mM | S | M |
| STM | 1 0 0 | (A−S)mM | (A−S)mM | S | M |
| FTCA | 1 0 1 | (A)mM | (A)mM | S | M |
| FTCS | 1 1 0 | (S)mM | A | (S)mM | M |
| BRAS | 1 1 1 | BR((A+S)mM) | (A+S)mM | S | M |
| LDIR | 0 0 0 | BUS | A | S | M |
| LDAA | 0 0 1 | BUS | BUS | S | M |
| LDAS | 0 1 0 | BUS | A | BUS | M |
| LDA | 0 1 1 | ADDR | BUS | S | M |
| LDS | 1 0 0 | ADDR | A | BUS | M |
| LDM | 1 0 1 | ADDR | A | S | BUS |
| LAAS | 1 1 0 | BUS | BUS | BUS | M |
| LALL | 1 1 1 | BUS | BUS | BUS | $\overline{BUS}$ |

FIG.6

5/12

0154051



FIG.7

0154051



FIG.7a

0154051



FIG.8

FIG.9

0154051



FIG.10

FIG.11

FIG.11a

R-XII-PHN 10886

0154051

9/12

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|
|   |   | OOR | Z | C | N | O | ACA | ACB | ACR | IE | FOR | – | – | – | – |

OVFL  SGNM

## FIG.12

| Mnem | AINS-Field $c_2$ 3 4 5 $c_6$ | Func | Flags Aff Z N C O |
|------|------------------------------|------|--------------------|
| COM* | 0 0 0 0 0 | | x x Ø Ø |
| AND | 0 0 0 0 1 | | x x Ø Ø |
| OR | 0 0 0 1 0 | | x x Ø Ø |
| EXOR | 0 0 0 1 1 | | x x Ø Ø |
| ADD | 0 1 0 0 0 | | x x x x |
| XADD | 0 1 0 0 1 | | x x x x |
| SUB | 0 0 1 1 0 | | x x x x |
| XSUB | 0 0 1 1 1 | | x x x x |
| NEG* | 0 1 1 0 0 | | x x x x |
| CNEG* | 0 1 1 0 1 | | x x x x |
| XNEG* | 0 1 1 1 0 | | x x x x |
| | 0 1 1 1 1 | | |
| INC* | 1 0 1 0 0 | | x x x x |
| XINC* | 1 0 1 0 1 | | x x x x |
| DEC* | 1 0 1 1 0 | | x x x x |
| XDEC* | 1 0 1 1 1 | | x x x x |
| NOP | 1 0 0 0 0 | | – – – – |
| PASS* | 1 0 0 0 1 | | x x Ø Ø |
| SWAP* | 1 0 0 1 0 | | x x Ø Ø |
| CSUB | 0 0 1 0 0 | | x x x x |
| | 0 0 1 0 1 | | |
| ADDM | 0 1 0 1 0 | | x x x x |
| XSGN* | 0 1 0 1 1 | | x – x Ø |
| NULL | 1 0 0 1 1 | | x x Ø Ø |
| ASL* | 1 1 0 0 0 | | x x x x |
| XASL* | 1 1 0 0 1 | | x x x x |
| LSL* | 1 1 0 1 0 | | x x x Ø |
| LROL* | 1 1 0 1 1 | | x x x Ø |
| ASR* | 1 1 1 0 0 | | x x x Ø |
| XASR* | 1 1 1 0 1 | | x – x Ø |
| LSR* | 1 1 1 1 0 | | x Ø x Ø |
| LROR* | 1 1 1 1 1 | | x x x Ø |

## FIG.13 a

0154051

| MINS $C_2 C_3$ 4 5 6 7 8 | Jnp Selec | | ACR= |
|---|---|---|---|
| | P= | Q= | |
| 0 0 0 0 0 0 | MXL | MYL | ACR |
| | X | Y | X·Y |
| | X | -Y | -X·Y |
| | MXL | Y | MXL·Y |
| | MXL | -Y | -MXL·Y |
| | X | MYL | X·MYL |
| | MXL | MYL | MXL·MYL |
| | -1 | -Y | Y |
| | -1 | Y | Y |
| | -1 | MYL | -MYL |

FIG.13b

| DX $C_{19}$ 20 21 22 | dest | DY $C_{23}$ 24 25 $C_{26}$ | dest |
|---|---|---|---|
| 0 0 0 0 | non | 0 0 0 0 | non |
| 0 0 0 1 | RAMA | 0 0 0 1 | RAMB |
| 0 0 1 0 | ACUR·* | 0 0 1 0 | |
| 0 0 1 1 | ACUB· | 0 0 1 1 | ACUA· |
| 0 1 0 0 | RPR * | 0 1 0 0 | |
| 0 1 0 1 | IAR * | 0 1 0 1 | |
| 0 1 1 0 | | 0 1 1 0 | |
| 0 1 1 1 | SOX | 0 1 1 1 | SOY |
| 1 0 0 0 | PO | 1 0 0 0 | PO |
| 1 0 0 1 | ADO | 1 0 0 1 | ADO |
| 1 0 1 0 | SIOST | 1 0 1 0 | SIOST |
| 1 0 1 1 | IOF | 1 0 1 1 | IOF |
| 1 1 0 0 | PST * | 1 1 0 0 | |
| 1 1 0 1 | BSR * | 1 1 0 1 | |
| 1 1 1 0 | | 1 1 1 0 | |
| 1 1 1 1 | R File ■ | 1 1 1 1 | R File ■ |

FIG.13d

0154051

| SX $c_9$ 10 11 12 $c_{13}$ | | | | | Sel | SX $c_9$ 10 11 12 $c_{131}$ | | | | | Sel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | ROM | 1 | 0 | 0 | 0 | 0 | R Ø |
| 0 | 0 | 0 | 0 | 1 | ADO | 1 | 0 | 0 | 0 | 1 | R 1 |
| 0 | 0 | 0 | 1 | 0 | RAMA | 1 | 0 | 0 | 1 | 0 | R 2 |
| 0 | 0 | 0 | 1 | 1 | ARB | 1 | 0 | 0 | 1 | 1 | R 3 |
| 0 | 0 | 1 | 0 | 0 | RAMB | 1 | 0 | 1 | 0 | 0 | R 4 |
| 0 | 0 | 1 | 0 | 1 | IAR | 1 | 0 | 1 | 0 | 1 | R 5 |
| 0 | 0 | 1 | 1 | 0 | SIX | 1 | 0 | 1 | 1 | 0 | R 6 |
| 0 | 0 | 1 | 1 | 1 | SOX | 1 | 0 | 1 | 1 | 1 | R 7 |
| 0 | 1 | 0 | 0 | 0 | PO | 1 | 1 | 0 | 0 | 0 | R 8 |
| 0 | 1 | 0 | 0 | 1 | PI | 1 | 1 | 0 | 0 | 1 | R 9 |
| 0 | 1 | 0 | 1 | 0 | SIOST | 1 | 1 | 0 | 1 | 0 | R 10 |
| 0 | 1 | 0 | 1 | 1 | IOF | 1 | 1 | 0 | 1 | 1 | R 11 |
| 0 | 1 | 1 | 0 | 0 | PST | 1 | 1 | 1 | 0 | 0 | R 12 |
| 0 | 1 | 1 | 0 | 1 | BSR | 1 | 1 | 1 | 0 | 1 | R 13 |
| 0 | 1 | 1 | 1 | 0 | MSP | 1 | 1 | 1 | 1 | 0 | R 14 |
| 0 | 1 | 1 | 1 | 1 | LSP | 1 | 1 | 1 | 1 | 1 | PINR* |

| SY $c_{14}$ 15 16 17 $c_{18}$ | | | | | Sel | SY $c_{14}$ 15 16 17 $c_{18}$ | | | | | Sel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | ROM | 1 | 0 | 0 | 0 | 0 | R 0 |
| 0 | 0 | 0 | 0 | 1 | ARR | 1 | 0 | 0 | 0 | 1 | R 1 |
| 0 | 0 | 0 | 1 | 0 | RAMB | 1 | 0 | 0 | 1 | 0 | R 2 |
| 0 | 0 | 0 | 1 | 1 | ARA | 1 | 0 | 0 | 1 | 1 | R 3 |
| 0 | 0 | 1 | 0 | 0 | RAMA | 1 | 0 | 1 | 0 | 0 | R 4 |
| 0 | 0 | 1 | 0 | 1 | IAR | 1 | 0 | 1 | 0 | 1 | R 5 |
| 0 | 0 | 1 | 1 | 0 | SIY | 1 | 0 | 1 | 1 | 0 | R 6 |
| 0 | 0 | 1 | 1 | 1 | SOY | 1 | 0 | 1 | 1 | 1 | R 7 |
| 0 | 1 | 0 | 0 | 0 | PO | 1 | 1 | 0 | 0 | 0 | R 8 |
| 0 | 1 | 0 | 0 | 1 | PI | 1 | 1 | 0 | 0 | 1 | R 9 |
| 0 | 1 | 0 | 1 | 0 | SIOST | 1 | 1 | 0 | 1 | 0 | R 10 |
| 0 | 1 | 0 | 1 | 1 | IOF | 1 | 1 | 0 | 1 | 1 | R 11 |
| 0 | 1 | 1 | 0 | 0 | PST | 1 | 1 | 1 | 0 | 0 | R 12 |
| 0 | 1 | 1 | 0 | 1 | BSR | 1 | 1 | 1 | 0 | 1 | R 13 |
| 0 | 1 | 1 | 1 | 0 | MSP | 1 | 1 | 1 | 1 | 0 | R 14 |
| 0 | 1 | 1 | 1 | 1 | LSP | 1 | 1 | 1 | 1 | 1 | PINR* |

FIG.13c

0154051



**FIG.14**

| Funct | PM | SELA 1 | SELA 2 | ENA |
|---|---|---|---|---|
| HOLD | $PM_{old}$ | $SELA1_{old}$ | $SELA2_{old}$ | 0 |
| "0" | 1 | 0 | 0 | 1 |
| -ACR | 0 | 0 | 1 | 1 |
| +ACR | 1 | 0 | 1 | 1 |
| -ACR.$2^{-15}$ | 0 | 1 | d.c | 1 |
| +ACR.$2^{-15}$ | 1 | 1 | d.c | 1 |

**FIG.14a**

 European Patent Office

**EUROPEAN SEARCH REPORT**

0154051

. Application number

EP  84 20 1831

| | DOCUMENTS CONSIDERED TO BE RELEVANT | | | |
|---|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.4) | |
| Y | US-A-4 287 566  (G.J. CULLER) <br> * Column  3, line 39 - column 4, line 33; column 9, line 19 - column 10, line 31 * | 1-4,11 | G 06 F     9/38 <br> G 06 F     7/48 | |
| A | | 15,18, 19 | | |
| Y | --- <br> PROCEEDINGS OF THE NATIONAL ELECTRONICS CONFERENCE, vol. 29, no. 29, October 1974, pages 416-421, New York, US; P.E. BLANKENSHIP et al.: "LSP/2 programmable signal processor" <br> * Page  416,  right-hand column, paragraph  2; page 418, left-hand column,  paragraph  3 - page 420, paragraph 1 * | 1-4,11 | | |
| | | | TECHNICAL FIELDS SEARCHED (Int. Cl 4) | |
| A | Idem | 16,17 | G 06 F | |
| Y | --- <br> PROCEEDINGS OF THE FALL 79 COMPCON-CONFERENCE,  September 4-7, 1979, Pages 287-290, Washington, IEEE, New York, US; T. SAKAO et al.: "A single chip 4-bit microcomputer MN1500 series" <br> * Page  287,  right-hand column, last paragraph * <br> ---             -/- | 1 | | |

The present search report has been drawn up for all claims

| Place of search <br> THE HAGUE | Date of completion of the search <br> 21-05-1985 | Examiner <br> THOMAES K. |
|---|---|---|

EPO Form 1503. 03.82

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another
    document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or
    after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding
    document



**European Patent Office**

**EUROPEAN SEARCH REPORT**

**0154051**

. Application number

EP  84 20 1831

Page  2

| | DOCUMENTS CONSIDERED TO BE RELEVANT | | CLASSIFICATION OF THE APPLICATION (Int. Cl.4) |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | |
| Y | EDN, vol. 25, no. 20, November 1980, Boston, US; "MCOM-42/43/44/45" * Page 119, figure * | 1 | |
| A | ICASSP82 PROCEEDINGS CONFERENCE, vol. 2, May 3-5, 1982, pages 1061-1064, Paris, IEEE, New York, US; D. KARLIN: "VLSI building blocks for digital signal processing" * Page 1064, left-hand column, paragraph 2 * | 1,5 | |
| A | GB-A-2 155 588 (SONY) * Page 2, line 43 - page 3, line 28 * | 1,5 | |
| A | US-A-4 075 704 (G.P. O'LEARY) | 1 | TECHNICAL FIELDS SEARCHED (Int. Cl.4) |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| THE HAGUE | 21-05-1985 | THOMAES K. |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO Form 1503 03 82