# Exhibit A

**Table C-10.**
**U.S. District Courts—Median Time Intervals from Filing to Trial for Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2008**

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval In Months * |
| TOTAL | 3,164 | 24.8 | 1,000 | 23.1 | 2,164 | 25.1 |
| DC | 27 | 38.7 | 13 | 37.0 | 14 | 38.0 |
| **1ST** | 165 | 27.7 | 45 | 25.7 | 120 | 29.0 |
| ME | 11 | 18.5 | 5 | - | 6 | - |
| MA | 82 | 30.7 | 26 | 25.5 | 56 | 30.4 |
| NH | 10 | 23.0 | 3 | - | 7 | - |
| RI | 10 | 25.0 | 4 | - | 6 | - |
| PR | 52 | 32.0 | 7 | - | 45 | 34.0 |
| **2ND** | 330 | 31.0 | 107 | 29.3 | 223 | 32.8 |
| CT | 54 | 31.5 | 17 | 30.0 | 37 | 32.5 |
| NY,N | 38 | 44.0 | 14 | 31.5 | 24 | 47.0 |
| NY,E | 89 | 30.4 | 22 | 27.0 | 67 | 30.7 |
| NY,S | 135 | 28.0 | 52 | 28.5 | 83 | 28.0 |
| NY,W | 6 | - | - | - | 6 | - |
| VT | 8 | - | 2 | - | 6 | - |
| **3RD** | 296 | 33.7 | 78 | 32.0 | 218 | 33.7 |
| DE | 28 | 25.0 | 12 | 27.5 | 16 | 22.0 |
| NJ | 67 | 38.5 | 18 | 36.5 | 49 | 38.5 |
| PA,E | 107 | 26.0 | 28 | 18.5 | 79 | 27.0 |
| PA,M | 52 | 36.5 | 9 | - | 43 | 36.0 |
| PA,W | 36 | 34.0 | 8 | - | 28 | 34.0 |
| VI | 6 | - | 3 | - | 3 | - |
| **4TH** | 181 | 20.0 | 73 | 16.8 | 108 | 21.3 |
| MD | 35 | 22.0 | 13 | 19.0 | 22 | 23.0 |
| NC,E | 22 | 18.5 | 17 | 18.0 | 5 | - |
| NC,M | 4 | - | - | - | 4 | - |
| NC,W | 7 | - | 2 | - | 5 | - |
| SC | 59 | 21.5 | 15 | 23.5 | 44 | 21.8 |
| VA,E | 32 | 9.8 | 19 | 8.0 | 13 | 11.0 |
| VA,W | 15 | 17.5 | 5 | - | 10 | 17.0 |
| WV,N | 3 | - | 1 | - | 2 | - |
| WV,S | 4 | - | 1 | - | 3 | - |

189

**EXHIBIT A - PAGE 1**

## Table C-10. (September 30, 2008—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval In Months * |
| 5TH | 443 | 21.5 | 170 | 20.9 | 273 | 21.8 |
| LA,E | 72 | 17.6 | 40 | 17.4 | 32 | 18.2 |
| LA,M | 8 | - | 4 | - | 4 | - |
| LA,W | 35 | 23.0 | 15 | 23.0 | 20 | 23.0 |
| MS,N | 33 | 25.5 | 8 | - | 25 | 26.0 |
| MS,S | 44 | 24.0 | 11 | 28.0 | 33 | 23.0 |
| TX,N | 57 | 24.1 | 23 | 24.2 | 34 | 24.0 |
| TX,E | 53 | 18.5 | 11 | 23.0 | 42 | 17.5 |
| TX,S | 83 | 18.8 | 32 | 21.0 | 51 | 18.9 |
| TX,W | 58 | 18.0 | 26 | 13.0 | 32 | 21.0 |
| 6TH | 239 | 26.3 | 55 | 27.0 | 184 | 26.9 |
| KY,E | 9 | - | 2 | - | 7 | - |
| KY,W | 16 | 28.0 | - | - | 16 | 28.0 |
| MI,E | 60 | 24.0 | 15 | 27.0 | 45 | 24.4 |
| MI,W | 15 | 29.0 | 2 | - | 13 | 27.0 |
| OH,N | 31 | 23.0 | 6 | - | 25 | 25.6 |
| OH,S | 22 | 36.0 | 4 | - | 18 | 36.0 |
| TN,E | 27 | 23.0 | 6 | - | 21 | 23.0 |
| TN,M | 27 | 23.5 | 11 | 23.0 | 16 | 22.0 |
| TN,W | 32 | 26.4 | 9 | - | 23 | 26.7 |
| 7TH | 244 | 27.4 | 80 | 28.0 | 164 | 27.8 |
| IL,N | 113 | 27.5 | 43 | 30.0 | 70 | 26.0 |
| IL,C | 23 | 33.0 | 3 | - | 20 | 33.0 |
| IL,S | 26 | 29.0 | 8 | - | 18 | 29.0 |
| IN,N | 16 | 29.0 | 1 | - | 15 | 29.0 |
| IN,S | 32 | 29.0 | 15 | 29.0 | 17 | 31.0 |
| WI,E | 17 | 24.0 | 4 | - | 13 | 22.0 |
| WI,W | 17 | 12.3 | 6 | - | 11 | 12.3 |
| 8TH | 184 | 22.8 | 50 | 21.5 | 134 | 23.0 |
| AR,E | 29 | 23.0 | 10 | 19.0 | 19 | 23.0 |
| AR,W | 20 | 16.0 | 8 | - | 12 | 12.5 |
| IA,N | 8 | - | 3 | - | 5 | - |
| IA,S | 8 | - | 2 | - | 6 | - |
| MN | 27 | 23.0 | 7 | - | 20 | 26.0 |
| MO,E | 29 | 21.4 | 5 | - | 24 | 21.7 |
| MO,W | 38 | 29.5 | 8 | - | 30 | 34.0 |
| NE | 15 | 20.0 | 4 | - | 11 | 20.0 |
| ND | 3 | - | - | - | 3 | - |
| SD | 7 | - | 3 | - | 4 | - |

Table C-10. (September 30, 2008—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval In Months * |
| 9TH | 476 | 26.4 | 167 | 22.4 | 309 | 28.6 |
| AK | 8 | - | 4 | - | 4 | - |
| AZ | 47 | 26.0 | 21 | 20.0 | 26 | 35.5 |
| CA,N | 39 | 30.0 | 12 | 16.0 | 27 | 32.0 |
| CA,E | 66 | 34.0 | 9 | - | 57 | 35.0 |
| CA,C | 138 | 22.0 | 53 | 20.0 | 85 | 23.0 |
| CA,S | 27 | 25.5 | 10 | 25.0 | 17 | 25.0 |
| HI | 13 | 33.0 | 5 | - | 8 | - |
| ID | 9 | - | 1 | - | 8 | - |
| MT | 10 | - | 3 | - | 7 | - |
| NV | 29 | 22.4 | 12 | - | 17 | - |
| OR | 33 | 35.0 | 13 | 34.0 | 20 | 36.4 |
| WA,E | 11 | 23.0 | 5 | 27.0 | 6 | 21.0 |
| WA,W | 45 | 29.5 | 18 | 16.5 | 27 | 20.0 |
| GUAM | 1 | 19.0 | 1 | - | - | - |
| NMI | - | - | - | - | - | - |
| 10TH | 174 | 23.7 | 47 | 23.0 | 127 | 23.0 |
| CO | 53 | 26.0 | 17 | 28.0 | 36 | 25.7 |
| KS | 21 | 25.0 | 7 | - | 14 | 25.0 |
| NM | 23 | 25.4 | 4 | - | 19 | 25.4 |
| OK,N | 13 | 24.5 | 3 | - | 10 | 25.0 |
| OK,E | 10 | 13.0 | 1 | - | 9 | - |
| OK,W | 22 | 14.5 | 4 | - | 18 | 14.5 |
| UT | 20 | 31.0 | 7 | - | 13 | 37.0 |
| WY | 12 | 10.0 | 4 | - | 8 | - |
| 11TH | 405 | 20.7 | 115 | 18.3 | 290 | 20.6 |
| AL,N | 58 | 19.5 | 4 | - | 54 | 19.0 |
| AL,M | 12 | 18.0 | 4 | - | 8 | - |
| AL,S | 21 | 15.4 | 3 | - | 18 | 15.0 |
| FL,N | 20 | 16.5 | 3 | - | 17 | 16.5 |
| FL,M | 108 | 19.4 | 52 | 17.5 | 56 | 19.8 |
| FL,S | 104 | 15.6 | 31 | 15.5 | 73 | 17.0 |
| GA,N | 41 | 30.5 | 7 | - | 34 | 30.5 |
| GA,M | 27 | 25.0 | 2 | - | 25 | 27.0 |
| GA,S | 14 | 28.0 | 9 | - | 5 | - |

NOTE: INCLUDES TRIALS CONDUCTED BY DISTRICT AND APPELLATE JUDGES ONLY. ALL TRIALS CONDUCTED BY MAGISTRATE JUDGES ARE EXCLUDED. EXCLUDES THE FOLLOWING TRIALS: LAND CONDEMNATION; FORFEITURES AND PENALTY CASES; PRISONER PETITIONS (HABEAS CORPUS, MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. 2255, HEARINGS ON EVIDENTIARY MATTERS); BANKRUPTCY PETITIONS; AND THREE-JUDGE COURT CASES. FOR CIVIL CASES RESULTING IN A COMPLETED TRIAL, THE MEDIAN TIME IS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED. FOR REOPENED CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME REMAINS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED.

* TIME INTERVALS COMPUTED ONLY FOR 10 OR MORE TRIALS.